IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HUBERT BREWINGTON** | : | CIVIL ACTION NO. 1:15-cv-1362 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **BRENDA TRITT, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is the April 5, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 26th day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 27) of Magistrate Judge Mehalchick.

2) Defendants' motion to dismiss (Doc. No. 22) is **GRANTED**.

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania